# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**DEFFENBAUGH INDUSTRIES, INC.,**

          **Plaintiffs,**

v.                                            Case No:   20-2204-EFM

**UNIFIED GOVERNMENT OF**
**WYANDOTTE COUNTY,**
**KANSAS CITY, KANSAS**

          **Defendant,**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED that:

pursuant to the Memorandum and Order, Doc. 124, filed on July 5, 2022, the Joint Motion for Judgment Pursuant to Rule 54(b), Doc. 118, is hereby GRANTED and entry is made as to Final Judgment as to Counts I and II of Plaintiff's Complaint, and Count I of Defendant's Counterclaim.  The Court stays trial of the remaining claims until resolution of an appeal taken pursuant to this Order.


 July 5, 2022                                                        SKYLER O'HARA
       Date                                                           CLERK OF THE DISTRICT COURT

                                                                   by:   s/  Cindy McKee
                                                                           Deputy Clerk